Clear Form

E-filing

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

PJH

Edward Norwood

CV 08 2250

Plaintiff,

CASE NO. _____

vs.

Stanford University

**APPLICATION TO PROCEED
IN FORMA PAUPERIS**
(Non-prisoner cases only)

Defendant.

I, Edward Norwood, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?    Yes ✓  No ___

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: $940.00 / Per Month    Net: $855.00 / Per Month

Employer: Quality Staffing

284 Harbor BLVD Belmont, Ca 94002

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1  and wages per month which you received.

2  _____

3  _____

4  _____

5  2.   Have you received, within the past twelve (12) months, any money from any of the

6  following sources:

7        a.   Business, Profession or                Yes ___ No ✓

8             self employment?

9        b.   Income from stocks, bonds,             Yes ___ No ✓

10            or royalties?

11       c.   Rent payments?                         Yes ___ No ✓

12       d.   Pensions, annuities, or                Yes ___ No ✓

13            life insurance payments?

14       e.   Federal or State welfare payments,     Yes ✓ No ___

15            Social Security or other govern-

16            ment source?

17  If the answer is "yes" to any of the above, describe each source of money and state the amount

18  received from each.

19  Social Security Disability / $1771.00 per month

20  _____

21  3.   Are you married?                            Yes ✓ No ___

22  Spouse's Full Name:  Vivian Bernal Norwood

23  Spouse's Place of Employment:  Abaxis, INC

24  Spouse's Monthly Salary, Wages or Income:

25  Gross $ 1,120 /Every two weeks         Net $ 940.00

26  4.   a.   List amount you contribute to your spouse's support:$ _____

27       b.   List the persons other than your spouse who are dependent upon you for support

28            and indicate how much you contribute toward their support. (NOTE: For minor

1     children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.)

2     _____

3     _____

4   5.     Do you own or are you buying a home?     Yes ✓ No ____

5   Estimated Market Value: $ 350,000     Amount of Mortgage: $ 2,480.00

6   6.     Do you own an automobile?     Yes ____ No ____

7   Make Buick     Year 2001     Model Century

8   Is it financed? Yes ____ No _____ If so, Total due: $ _____

9   Monthly Payment: $ _____

10   7.     Do you have a bank account? Yes ✓ No ____ (Do not include account numbers.)

11   Name(s) and address(es) of bank: Washington Mutual

12   _____

13   Present balance(s): $ 840.00

14   Do you own any cash? Yes ____ No ✓ Amount: $ _____

15   Do you have any other assets? (If "yes," provide a description of each asset and its estimated

16   market value.)     Yes ____ No ✓

17   _____

18   8.     What are your monthly expenses?

19   Rent: $ 2780.00     Utilities: $60.00

20   Food: $ $500.00     Clothing: _____

21   Charge Accounts:

22   <u>Name of Account</u>     <u>Monthly Payment</u>     <u>Total Owed on This Account</u>

23   _____   $ _____   $ _____

24   _____   $ _____   $ _____

25   _____   $ _____   $ _____

26   9.     Do you have any other debts? (List current obligations, indicating amounts and to whom

27   they are payable. Do not include account numbers.)

28   Chaper 13 Bankruptcy Court / Case# 08-41127     Monthly Payment $945.00

- 3 -

1  
2  10.    Does the complaint which you are seeking to file raise claims that have been presented in
3  other lawsuits?   Yes ___  No ✓
4  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
5  which they were filed.
6  
7  
8  I declare under the penalty of perjury that the foregoing is true and correct and understand that a
9  false statement herein may result in the dismissal of my claims.
10  
11  _APRIL 30, 2008_                  _[signature]_
12         DATE                      SIGNATURE OF APPLICANT

United States Bankruptcy Court
Northern District of California

### Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 13 of the United States Bankruptcy Code, entered on 03/11/2008 at 5:17 PM and filed on 03/11/2008.

**Edward Norwood**
35156 Lido Blvd. Unit J
Newark, CA 94560
SSN: xxx-xx-7094

**Vivian Bernal Norwood**
35156 Lido Blvd. Unit J
Newark, CA 94560
SSN: xxx-xx-3712

The case was filed by the debtor's attorney:

**Sally J. Elkington**
Elkington Law Office
1970 Broadway 12th Fl.
Oakland, CA 94612
(510) 465-0404




The case was assigned case number 08-41127.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page https://ecf.canb.uscourts.gov/ or at the Clerk's Office, 1300 Clay Street #300 (94612), Post Office Box 2070, Oakland, CA 94604-2070.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**Gloria L. Franklin**
**Clerk, U.S. Bankruptcy Court**

`*** REC 2008094   133920 H93914E0 F21J   CIPQYA7   PQA7   (F-DRG )   ***`

SOCIAL SECURITY ADMINISTRATION

**EXHIBIT** G

Date: April 3, 2008
Claim Number: 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A

EDWARD NORWOOD
35156 LIDO BLVD APT J
NEWARK CA 94560-1184

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

Information About Current Social Security Benefits

   Beginning December 2007, the full monthly
   Social Security benefit before any deductions is......$ 1867.70

    We deduct $96.40 for medical insurance premiums each month.

   The regular monthly Social Security payment is........$ 1771.00
   (We must round down to the whole dollar.)

   Social Security benefits for a given month are paid the following month. (For example, Social Security benefits for March are paid in April.)

   Your Social Security benefits are paid on or about the fourth Wednesday of each month.