```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611019967
Cashier ID: sprinka
Transaction Date: 06/06/2008
Payer Name: EDWARD NORWOOD
------------------------------------
CIVIL FILING FEE
 For: EDWARD NORWOOD
 Case/Party: D-CAN-3-08-CV-002250-001
 Amount:        $350.00
------------------------------------
CHECK
 Check/Money Order Num: 24
 Amt Tendered: $350.00
------------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00

PJH

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF CALIFORNIA

RICHARD W. WIEKING
CLERK

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
(415) 522-2000
FAX (415) 522-2176

# FIRST NOTICE OF PAYMENT DUE

Edward Norwood
35156 Lido Boulevard, Unit J
Newark, CA 94560

**Notice Date**
05/30/2008

Title 28 USC § 1915(a) provides that the court may authorize the commencement, prosecution or defense of any criminal or civil suit, action or proceeding, or appeal therein, without prepayment of the filing fees by a person who files an affidavit that he is unable to pay such costs. Your application for In Forma Pauperis was denied and the filing fee is now due.

*This fee is due for the following case:*

**Case Title: Norwood v. Leland Stanford Junior University et al**

| Case Number | Case Filing Date | Fee Due Date | Amount Owed |
|---|---|---|---|
| 3:08-cv-02250-PJH | 04/30/2008 | 05/12/2008 | $350.00 |

Please immediately send a check for $350.00 to the following address:

United States District Court
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

**Make your check payable to "Clerk, U.S. District Court."**
Include the case number on the check to insure proper credit.

If you have any questions about the amount due, please call the Finance Department at (415) 522-2602.

**Payment in full is due upon receipt.   Total amount due: $350.00**