

1  MICHAEL T. LUCEY  (SBN:  099927)
   DENISE K. TOP  (SBN:  238961)
2  GORDON & REES LLP
   Embarcadero Center West
3  275 Battery Street, Suite 2000
   San Francisco, CA  94111
4  Telephone:  (415) 986-5900
   Facsimile:  (415) 986-8054
5
   Attorneys for Defendant
6  LELAND STANFORD JUNIOR UNIVERSITY

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11  EDWARD NORWOOD,                          )  CASE NO. No. C 08-02250 PJH
                                             )
12                        Plaintiff,         )  **DEFENDANT'S MOTION TO**
                                             )  **RELATE CASES**
13     vs.                                   )
                                             )  Date:  August 8, 2008
14  LELAND STANFORD JUNIOR UNIVERSITY,       )  Time:  9:00 a.m.
    SEDGWICK CMS, et al.                     )  Courtroom:  6, 4th Floor
15                                           )  Judge:  Honorable Ronald M. Whyte
                          Defendants.
16

17

18      Defendant LELAND STANFORD JUNIOR UNIVERSITY ("Stanford") submits this

Motion to Consider Whether Cases Should Be Related, pursuant to Local Rule 3-12.

19          **I.     TITLE & CASE NUMBER OF RELATED CASE**

20      The related case is entitled *Norwood v. Leland Stanford Junior University,* Case No. C03-

21  2424-RMS(RS).  The case went to trial before Judge Whyte of this Court on October 12, 2004.

22          **II.     BASIS FOR RELATING CASES**

23  **A.     These Cases Concern Substantially the Same Parties and Events**

24      The new action filed by Edward Norwood ("Norwood"), Case No. C08-02250-PJH,

25  arises out of the same facts and circumstances as the prior case, specifically, alleged retaliation

26  and discrimination against Norwood during his employment at Stanford's Linear Accelerator

27  Center ("SLAC").

28

                                          -1-

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA  94111

1    In his first lawsuit Norwood claimed that his 2002 termination was discriminatory based

2  on his race (African-American) and disability (high blood pressure/stress) and in retaliation for

3  prior complaints of discrimination. Norwood was employed by Stanford at SLAC for over

4  twenty years. Stanford contended in the first case that there were legitimate reasons for

5  terminating Norwood. Norwood litigated the case through counsel for over two years. The case

6  went to trial before Judge Whyte in October 2004.

7    In the new action, Case No. C07-3319-PJH, Norwood complains that his employment-

8  related benefits have been mishandled by Stanford since his termination. Norwood alleges, *inter*

9  *alia*, that Stanford has improperly denied him Long Term Disability and retirement benefits. He

10  is not represented by counsel in the present action.

**B.    Relating These Cases Will Avoid Undue Burden and Expense and Ensure Consistent Outcomes**

13    The procedural history of the numerous state and federal claims that Norwood has filed

14  relating to his termination is complex and were addressed in large part by Judge Whyte in the

15  first action. Issues of collateral estoppel, and issue preclusion are likely to come up in the second

16  action. Similarly, the issues raised in the two actions are inextricably intertwined in such a

17  manner that all parties would benefit from recognition of these cases as related, so that the newly

18  filed action could also be assigned to this Court.

19    A significant amount of time and expense has already been spent in this matter by this

20  Court and assignment of this matter to a new judge will inevitably result in additional time for

21  the new judge to familiarize herself with the matter and to sort out the history of allegations

22  which date back to the 1980's. Likewise, as this Court previously adjudicated several of the

23  matters which are now being raised again in the most recently-filed action, all parties would

24  benefit from this Court's knowledge and experience with the facts and circumstances giving rise

25  to these actions.

26    Finally, the current action should be venued in San Jose in any event. Stanford resides

27  within Santa Clara County, and all employment actions to date involving Stanford have been

28  heard in the San Jose Courthouse.

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

-2-

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

## III.  CONCLUSION

For the foregoing reasons, Defendant requests that Case No. C08-02250-PJH, be declared related to Norwood's prior action (Case No. C03-2424-RMS(RS)) and transferred to Judge Whyte in San Jose.

Dated:  June 30, 2008

GORDON & REES LLP

By:
DENISE K. TOP
Attorneys for Defendant
LELAND STANFORD JUNIOR
UNIVERSITY