```
MICHAEL T. LUCEY  (SBN: 099927)
DENISE K. TOP  (SBN: 238961)
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA  94111
Telephone:  (415) 986-5900
Facsimile:  (415) 986-8054

Attorneys for Defendant
LELAND STANFORD JUNIOR UNIVERSITY
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD NORWOOD,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>LELAND STANFORD JUNIOR UNIVERSITY, SEDGWICK CMS, et al.<br><br>　　　　　Defendants. | CASE NO. No. C 08-02250 PJH<br><br>**DECLARATION OF DENISE K. TOP IN SUPPORT OF MOTION TO RELATE CASES**<br><br>Date: August 8, 2008<br>Time: 9:00 a.m.<br>Courtroom: 6, 4th Floor<br>Judge: Honorable Ronald M. Whyte |

I, DENISE K. TOP, declare:

1. I am an attorney at law licensed to practice before all courts of the State of California and am an associate in the law firm of Gordon & Rees LLP, attorneys for Defendant LELAND STANFORD JUNIOR UNIVERSITY. I have personal knowledge of the matters contained in this declaration and if called to testify to them could and would do so competently.

2. I am submitting this declaration pursuant to Civil Local Rule 7-11(a) in support of Defendant's Motion To Relate Cases.

3. Counsel advised Mr. Norwood of Defendant's intent to file the request to transfer by sending a letter to his last known address on June 23, 2008. A true and correct copy of that letter is attached hereto as Exhibit A. On June 27, 2008 Mr. Norwood communicated to

-1-

DECLARATION OF DENISE K. TOP IN SUPPORT OF MOTION TO RELATE CASES

1  Counsel, by phone, that he unwilling to stipulate to the request. He also responded by letter. A
2  copy of Mr. Norwood's letter is attached hereto as Exhibit B.
3     4.   Counsel copied co-defendant Sedgwick on the letter to Mr. Norwood. To date
4  Counsel has not received a response from Sedgwick.
5
6  I declare under penalty of perjury under the laws of the State of California that the
7  matters in this declaration are true and correct. Executed this 30th day of June 2008, at San
8  Francisco, California.

DENISE K. TOP

-2-
DECLARATION OF DENISE K. TOP IN SUPPORT OF MOTION TO RELATE CASES

**EXHIBIT A**

DENISE K. TOP
DTOP@GORDONREES.COM

# GORDON & REES LLP

ATTORNEYS AT LAW
EMBARCADERO CENTER WEST
275 BATTERY STREET, SUITE 2000
SAN FRANCISCO, CA 94111
PHONE: (415) 986-5900
FAX: (415) 986-8054
WWW.GORDONREES.COM

June 23, 2008

Mr. Edward Norwood
35156 Lido Blvd., Unit J
Newark, CA 94560

Re: Norwood v. Leland Stanford Junior University

Dear Mr. Norwood:

Gordon & Rees LLP has been retained to represent Defendant Leland Stanford Junior University in your recently filed lawsuit (Case No. C08-02250 PJH). I am writing to notify you that Stanford intends to file a motion to have the case declared related to the case that went to trial in October 2004 (Case No. C03-2424-RMS(RS) so that it may be transferred to Judge Whyte who is familiar with the facts and circumstances of your past employment at Stanford.

If you agree that the cases are related and should therefore be transferred to Judge Whyte, please contact me at your earliest convenience. If we do not hear from you by **noon** on **Friday June 27, 2008**, we will assume that you are not willing to agree and will proceed with filing our motion.

Thank you for your courtesy and cooperation regarding this matter.

Very truly yours,

GORDON & REES LLP

Denise K. Top

DKT:mn

cc: Sedgwick Claim Management Services

SFUH/1051491/5756396v.1

**EXHIBIT B**

Edward Norwood
35156 Lido Blvd Unit J
Newark, Calif 94560
(510) 209-7287

June 24, 2008

Denise K. Top
Gordon & Rees LLP
275 Battery Street Suite 2000
San Francisco, Calif 94111

RE: Norwood Vs Stanford University(Case No. C08-02250 PJH )

Dear Ms. Top:

I received your letter dated June 23, 2008, I disagree with your terminology that both cases are related. The US Department Of Labor made the enforcement for Benefits in July 2003, and the WCAB made their decision in July 2007. In order for me to receive any further Benefits a Federal Judge must decide not necessarily Ronald M. Whyte.

At this time, I wish to follow the case SCHEDULE-ADR MULTI-OPTION PROGRAM as filed and outlined by the court.

I will try to reach you by phone before July 17, 2008 to meet and confer re: initial disclosures, early settlement, ADR process and discovery plan.

Thank you for your courtesy and cooperation regarding this matter.

Very truly yours

Edward Norwood

Plaintiff in Pro Per

CC: Sedgwick Claim Management Services