MICHAEL T. LUCEY  (SBN:  099927)
DENISE K. TOP  (SBN:  238961)
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA  94111
Telephone:  (415) 986-5900
Facsimile:  (415) 986-8054

Attorneys for Defendant
LELAND STANFORD JUNIOR UNIVERSITY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD NORWOOD, | CASE NO. No. C 08-02250 PJH |
| Plaintiff, | **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO RELATE CASES** |
| vs. | |
| LELAND STANFORD JUNIOR UNIVERSITY, SEDGWICK CMS, et al. | |
| Defendants. | |

Defendant's Administrative Motion to Consider Whether Cases Should Be Related was considered by this Court on _____, 2008.

The Court having considered the papers submitted and there appearing good cause therefore,

IT IS HEREBY ORDERED THAT case number C08-02250-PJH is related to case number C03-2424-RMS(RS) and will be transferred this Court.

Dated:

_____
RONALD M. WHYTE
United States District Judge

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111