```
 1  MICHAEL T. LUCEY (SBN: 099927)
    DENISE K. TOP (SBN: 238961)
 2  GORDON & REES LLP
    Embarcadero Center West
 3  275 Battery Street, Suite 2000
    San Francisco, CA  94111
 4  Telephone: (415) 986-5900
    Facsimile: (415) 986-8054
 5
    Attorneys for Defendant
 6  LELAND STANFORD JUNIOR UNIVERSITY
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD NORWOOD,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>LELAND STANFORD JUNIOR UNIVERSITY,<br>SEDGWICK CMS, et al.<br><br>　　　　　　Defendants. | CASE NO. No. C 08-02250 PJH<br><br>CERTIFICATE OF SERVICE |

　　　　I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: Gordon & Rees LLP 275 Battery Street, Suite 2000, San Francisco, CA  94111.  On June 30, 2008, I served the within documents:

　　　　Defendant's Motion to Relate Cases; Declaratin of Deniseo K. Top in Support of Motion to Relate Cases; Proposed Order

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of California at , addressed as set forth below.

　　　Mr. Edward Norwood
　　　35156 Lido Blvd., Suite J
　　　Newark, CA 94560

　　　　I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on

-1-
CERTIFICATE OF SERVICE

1  motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

2

3  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

4  Executed on June 30, 2008 at San Francisco, California.

*[signature]*

Faith Harris