1  Edward Norwood
2  The Plaintiff in pro per
3  35156 Lido Blvd. Unit J
4  Newark, California 94560
5  (510) 209-7287

FILED
08 JUL -7 PM 3: 15
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD NORWOOD | ) |
| Plaintiff | ) CASE NO. CV08-02250 PJH |
| | ) PLAINTIFF'S OPPOSITION |
| | ) TO DEFENDANT'S MOTION |
| Vs. | ) TO RELATE CASES |
| | ) |
| LELAND STANFORD JUNIOR UNIVERSITY | ) |
| SEDGWICK CMS, et al. | ) |
| Defendants | ) |

Plaintiff EDWARD NORWOOD submits this opposition to the Motion to Consider Whether Cases Should Be Related, pursuant to Local Rule 3-12

1. TITLE & CASE NUMBER OF RELATED CASE

The ALLEGED related case is Norwood Vs. Leland Stanford Junior University Case No. C032424-RMS.

2. BASIS FOR OPPOSITION

The new action filed by Edward Norwood Plaintiff in pro per, Case No. C08-02250-PJH Arises out of THE ENFORCEMENT FOR LTD BENEFITS UNDER ERISA BY THE U S

1  DEPARTMENT OF LABOR EBSA in July 2003. The Defendant Stanford University stopped the
2  Plaintiff's Benefits on March 19, 2004, prior to the Retaliation case in October 2004. The
3  Plaintiff was represented by counsel. Afer the Plaintiff was reinstated to benefits and back pay as
4  enforced by The U S Department of Labor Under ERISA guidelines the defendants did not inform
5  the Plaintiff of his rights to Retirement Benefits Under ERISA . In April 2002 the Defendants
6  denied the Plaintiff's Workers Compensation Claim. In July 2007 The WORKERS
7  COMPENSATION APPEALS BOARD FOR THE STATE OF CALIFORNIA Ruled that the
8  Plaintiff did suffer an injury while employed by the defendants before March 19, 2002. In the
9  Prior alleged Related Case there were no causes of action for benefits under ERISA 502 (a) (1).
10 The Plaintiff since suffering a job injury that requires Lifetime Medical Care the Defendants
11 continue to deny the plaintiff his benefits that he earned as an employee for the defendant for
12 more than 20 years. This case has nothing to do with discrimination, race, wrongful termination
13 or retaliation. This case is a Claim for Benefits under ERISA guidelines. The first action that
14 occurred was the enforcement by the U S Department of Labor and the defendants continue to
15 ignore that enforcement by denying the plaintiff's LTD and Retirement Benefits. A U S Federal
16 District Judge must decide if the plaintiff is entitled to any further benefits beyond March 19,
17 2004.
18 The plaintiff was not represented by an attorney when the enforcement for benefits occurred in
19 July 2003. A significant amount of burden and hardship has already been placed on the plaintiff
20 since the denial of Retirement and Long Term Disability Benefits. It has been noted that The
21 Honorable Judge Ronald M. Whyte presided over several cases involving Leland Stanford
22 Junior University during the past 10 years including the alleged related case.
23 Finally, the current case should remain in San Francisco, The Plaintiff resides in Alameda County
24 Based on the facts as stated, I do not feel that I can get a fair trial in Santa Clara County
25
26
27
28

1    For the foregoing reasons, Plaintiff requests that Case No. C08-02250 PJH, be
2 declared not related Plaintiffs prior action (Case No. C03-2424- RMS and remain in San
3 Francisco under Judge Phyllis J. Hamilton.

6 Dated : July 3, 2008                                  Plaintiff In Pro Per

                                                       *[signature]*

                                                       Edward Norwood

## PROOF OF SERVICE

I Zeporia Smith reside in the City of Fremont and County of Alameda: my home address is 3413 Foxtail Terrace Fremont, California 94536. I am over the age of eighteen years and not a party to this action. On July 3, 2008, I served the following document(s).

Edward Norwood's Opposition in support of Motion to Relate Cases CV08-02250 PJH

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

By mail on the following party(ies) in the said action, in accordance with the code of Civil Procedures 1013(a), by placing a true copy thereof enclosed in a sealed envelope and is given the correct amount of postage, addressed as set forth below and is deposited that same day in the United States Mail Box in Fremont, California.

| | |
|---|---|
| Gordon & Rees | United States District Court |
| 275 Battery Street# 2000 | Northern District Of California |
| San Francisco, Calif 94111 | 450 Golden Gate Ave 16 th Floor |
| | San Francisco, Calif 94102 |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this document was executed on July 3, 2008 Fremont California.

*Zeporia Smith*
Zeporia Smith