1  MICHAEL T. LUCEY  (SBN: 099927)
   DENISE K. TOP  (SBN:  238961)
2  GORDON & REES LLP
   Embarcadero Center West
3  275 Battery Street, Suite 2000
   San Francisco, CA  94111
4  Telephone:  (415) 986-5900
   Facsimile:  (415) 986-8054
5
   Attorneys for Defendant
6  LELAND STANFORD JUNIOR UNIVERSITY

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11  EDWARD NORWOOD,                    )  CASE NO. No. C 08-02250 PJH
                                       )
12                    Plaintiff,       )  **DEFENDANT STANFORD**
                                       )  **UNIVERSITY'S CASE**
13         vs.                         )  **MANAGEMENT STATEMENT**
                                       )
14  LELAND STANFORD JUNIOR UNIVERSITY, )
    SEDGWICK CMS, et al.               )  Date:        August 7, 2008
15                                     )  Time:        2:30 p.m.
                      Defendants.      )  Judge:       Hon. Phyllis J. Hamilton
16                                     )  Location:    Courtroom 3, 17th Floor
                                       )
17

18

19         Pursuant to Federal Rules of Civil Procedure, Rule 26, Defendant LELAND

20  STANFORD JUNIOR UNIVERSITY ("Stanford") respectfully submits the following Case

21  Management Statement and Proposed Order in preparation for the parties' August 7, 2008 Case

22  Management Conference.

23         1.      A BRIEF DESCRIPTION OF THE EVENTS UNDERLYING THE ACTION:

24         Plaintiff EDWARD NORWOOD ("Plaintiff") is a former Traffic Manager at Stanford

25  University's Linear Accelerator Center.  He was terminated on March 19, 2002, for refusing to

26  perform his duties and insubordinate conduct.  Plaintiff sued Stanford in this Court claiming that

27  his termination was discriminatory based on his race (African-American) and disability (high

28  blood pressure/stress) and in retaliation for prior complaints of discrimination (Case No. C03-

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA  94111

**DEFENDANT'S CASE MANAGEMENT STATEMENT**

2424-RMW).  He was represented by counsel.  The case went to trial before Judge Whyte in October 2004.  Stanford was awarded a complete defense verdict.

In the present action, Plaintiff complains that his post-termination employment-related benefits have been mishandled by Stanford.  Plaintiff alleges, *inter alia*, that Stanford has improperly denied him Long Term Disability ("LTD") and retirement benefits.  He is not represented by counsel in the present action.

**2.    PRINCIPAL FACTUAL ISSUES WHICH THE PARTIES DISPUTE**:

The following facts are in dispute:  whether the termination of Plaintiff's benefits under Stanford's LTD plan was correct.

At this time Stanford is uncertain as to the factual issues in dispute concerning the allegations in the complaint regarding retirement benefits and Worker's Compensation.

**3.    THE PRINCIPAL LEGAL ISSUES WHICH THE PARTIES DISPUTE:**

The following legal issues are in dispute: 1) whether Plaintiff is entitled to reinstatement of benefits under ERISA; and 2)  whether Plaintiff is entitled to loss of economic wages ($150,000), payment for medical liens ($57,000) attorneys fees, future benefit, approved rehabilitative employment, cost and reimbursement for COBRA, injuries and treatment/general damages and liabilities.

At this time Stanford is uncertain as to the legal issues in dispute concerning the allegations in the complaint regarding retirement benefits and Worker's Compensation.

**4.    OTHER ISSUES:**

Stanford has not been served with a Summons.

Judge Whyte recently denied Stanford's motion to relate this case to Plaintiff's prior case.

In light of this delay and the fact that the case is not yet at issue, Stanford respectfully requests that the court issue a new scheduling order.

**5.    THE PARTIES WHICH HAVE NOT BEEN SERVED AND THE REASONS:**

Stanford's LTD Plan is a separate, legal entity and is likely an additional required party. Stanford may not be a proper defendant.  Discovery is continuing.  Stanford is informed and believes that Sedgwick CMS has not been served.

**DEFENDANT'S CASE MANAGEMENT STATEMENT**

Gordon & ReesLLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

**6.**     __ADR:__

Defendant is not agreeable to attending ADR until the pleadings are settled.

**7.**     __DISCLOSURES:__

The parties have not exchanged initial disclosures.  Stanford respectfully requests that the court set a new date for these disclosures.

**8.**     __DISCOVERY PLAN:__

Discovery to be conducted as set forth in the Federal Rules of Civil Procedure.

**9.**     __TRIAL DATE:__

Stanford requests a trial date in summer 2009.  Stanford anticipates that a bench trial will last no more than (2) days.


Dated:  July 30, 2008                              GORDON & REES LLP


                                          By:    /s/_____
                                                 DENISE K. TOP
                                                 Attorneys for Defendant
                                                 LELAND STANFORD JUNIOR
                                                 UNIVERSITY

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA  94111

**DEFENDANT'S CASE MANAGEMENT STATEMENT**