MICHAEL T. LUCEY (SBN: 099927)
DENISE K. TOP (SBN: 238961)
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant
LELAND STANFORD JUNIOR UNIVERSITY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD NORWOOD,<br><br>           Plaintiff,<br><br>    vs.<br><br>LELAND STANFORD JUNIOR UNIVERSITY, SEDGWICK CMS, et al.<br><br>           Defendants. | CASE NO. No. C03-2424-RMS(RS)<br><br>**CERTIFICATE OF SERVICE** |

SFU/1051023/5846169v.1

CERTIFICATE OF SERVICE

PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: Gordon & Rees LLP 275 Battery Street, Suite 2000, San Francisco, CA 94111. On July 30, 2008, I served the within documents:

**DEFENDANT STANFORD UNIVERSITY'S CASE MANAGEMENT STATEMENT**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of California at , addressed as set forth below.

    Mr. Edward Norwood
    35156 Lido Blvd., Suite J
    Newark, CA 94560

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on July 30, 2008 at San Francisco, California.

/s/ _____
       Meg Naizghi

CERTIFICATE OF SERVICE