1  EDWARD NORWOOD
2  35156 Lido Blvd Unit J
3  Newark, California 94560
4  Telephone: (510) 209-7287
5  Facsimile : (510) 796-5072
6
7  The Plaintiff In Pro Per
8
9
10              UNITED STATES DISTRICT COURT
11              NORTHERN DISTRICT OF CALIFORNIA
12
13  EDWARD NORWOOD              ) CASE NO. C 08-02250 PJH
14          Plaintiff           )
15                              ) PLAINTIFF EDWARD NORWOOD
16  Vs                          ) CASE MANAGEMENT STATEMENT
17                              ) Date: August 7, 2008
18  LELAND STANFORD JUNIOR UNIVERSITY ) Time: 2:30pm
19  SEDGWICK CMS, et al.        ) Judge: Hon. Phyllis J. Hamilton
20          Defendants          ) Location : Courtroom 3, 17th Floor
21  _____ )
22
23          Pursuant to Federal Rules of Civil Procedure, Rule 26, Plaintiff In Pro Per
24  EDWARD NORWOOD respectfully submits the following Case Management Statement for the
25  Parties August 7, 2008 Case Management Conference and objection to the Defendants request
26  for a new scheduling Order.
27
28

                                        1

1. **A Brief Summary of Events Underlying The Action**

Plaintiff Edward Norwood filed a complaint with **The U S Department of Labor** In May 2003. In July 2003, **The U S Department of Labor** enforced Medical Benefits and LTD Benefits with back pay under ERISA guidelines.( See Exhibit J Original Complaint) . On March 19, 2004, The Defendants Leland Stanford Junior University and Sedgwick CMS stopped all Benefits including Medical coverage for Medication. The Plaintiff was still under the care of his Physicians and therapist for both Mental and Physical Disabilities. The Plaintiff was placed on **Cobra** With no Benefit payments by the Defendants. The Plaintiff was not represented by an Attorney in 2003 and is not represented by an Attorney in 2008 in the present action.

2. **Principal Factual Issues Which The Parties Dispute:**

The facts that are in dispute whether the termination of Plaintiff's benefits Under The Defendant Stanford's LTD plan was correct must be decided by a **U S Federal District Judge** in accordance to **The U S Department Of Labor/ ERISA guidelines** (See Exhibit C Original Complaint)

After The Plaintiff was reinstated to benefits and back pay as enforced by **The U S Department Of Labor/EBSA** the defendants Leland Stanford Junior University and Sedgwick CMS did not inform the Plaintiff of his rights to **Retirement Benefits under ERISA.**

3. **Other issues:**

The Defendants have not answered the original complaint

Judge Ronald M. Whyte denied the defendants Motion to Relate Case No C03-2424 -RMW

Makes all other issues moot

All parties involved in the above case has been served, including Sedgwick CMS

4. **ADR :**

Plaintiff is not agreeable in changing ADR.

5. **Disclosures & Trial Date**

The Plaintiff objects to the request that the court set a new date for disclosures and a Trial date in summer 2009.

1 (Exhibits A-D):

3 Proof Of Service for Notice Of Complaint Sedgwick CMS, Dated June 10, 2008
4 Defendants Motion to Relate Cases, Dated June 30, 2008
5 Defendants letter to Plaintiff Dated June 23, 2008
6 Plaintiffs letter to Defendant Dated June 24, 2008

9 I declare under penalty of perjury under the laws of the State of California that the foregoing is
10 true and correct, and that this document was executed on August 1, 2008 at Newark, California.

*[signature: Edward Norwood]*

Edward Norwood

# PROOF OF SERVICE

I Zeporia Smith reside in the City of Fremont and County of Alameda: my home address is 3413 Foxtail Terrace Fremont, California 94536. I am over the age of eighteen years and not a party to this action. On August 1, 2008 I served the following document(s).

NORWOOD VS STANFORD UNIVERSITY Case No CV08-02250 PJH UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
CASE MANAGEMENT STATEMENT PLAINTIFF EDWARD NORWOOD

By mail on the following party(ies) in the said action, in accordance with the code of Civil Procedures 1013(a), by placing a true copy thereof enclosed in a sealed envelope and is given the correct amount of postage, addressed as set forth below and is deposited that same day in the United States Mail Box in Fremont, California.

| Gordon & Rees LLP | United States District Court, Clerks Office |
| 275 Battery Street# 2000 | 450 Golden Gate Ave 16th Floor |
| San Francisco, Calif 94111 | San Francisco, California 94102 |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this document was executed on August 1, 2008 Fremont California.

*/s/ Zeporia Smith*
Zeporia Smith

## PROOF OF SERVICE

I Zeporia Smith reside in the City of Fremont and County of Alameda: my home address is 3413 Foxtail Terrace Fremont, California 94536. I am over the age of eighteen years and not a party to this action. On August 1, 2008 I served the following document(s).

NORWOOD VS STANFORD UNIVERSITY Case No CV08-02250 PJH UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA CASE MANAGEMENT STATEMENT PLAINTIFF EDWARD NORWOOD

By mail on the following party(ies) in the said action, in accordance with the code of Civil Procedures 1013(a), by placing a true copy thereof enclosed in a sealed envelope and is given the correct amount of postage, addressed as set forth below and is deposited that same day in the United States Mail Box in Fremont, California.

Gordon & Rees LLP                  Sedgwick CMS
275 Battery Street# 2000           3280 E. Foothill Blvd Suite 250
San Francisco, Calif 94111         Pasadena, California 91107

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this document was executed on August 1, 2008 Fremont California.

*Zeporia Smith*
Zeporia Smith

PROOF OF SERVICE                        EXHIBIT  A

I Zeporia Smith reside in the City of Fremont and County of Alameda: my home address is 3413 Foxtail Terrace Fremont, California 94536. I am over the age of eighteen years and not a party to this action. On June 10, 2008, I served the following document(s).

NOTICE OF COMPLAINT , NORWOOD VS STANFORD UNIVERSITY UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

By mail on the following party(ies) in the said action , in accordance with the code of Civil Procedures 1013(a), by placing a true copy thereof enclosed in a sealed envelope and is given the correct amount of postage , addressed as set forth below and is deposited that same day in the United States Mail Box in Fremont, California.

SEDGWICK CMS
3280 E. Foothill Blvd Suite 250
Pasadena, Calif 91107

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this document was executed on June 10, 2008 Fremont California.

*Zeporia Smith* (signature)
Zeporia Smith

EXHIBIT _____

```
      0553400330 MAIN OFFICE NEWARK
            NEWARK, California
                 945609998
              0555110330 -0097
06/09/2008     (510)797-0903     04:53:32 PM

─────────── Sales Receipt ───────────
Product         Sale  Unit         Final
Description     Qty   Price        Price

PASADENA CA 91107                  $5.60
Zone-4 Priority Mail
1 lb. 11.10 oz.
                                ========
 Issue PVI:                        $5.60

                                ─────────
Total:                             $5.60

Paid by:
Cash                               $6.00
Change Due:                       -$0.40

Order stamps at USPS.com/shop or call
1-800-Stamp24.  Go to USPS.com/clicknship
to print shipping labels with postage.
For other information call 1-800-ASK-USPS.

Bill#: 1000304130551
Clerk: 05

    All sales final on stamps and postage.
    Refunds for guaranteed services only.
         Thank you for your business.
*******************************************
*******************************************
       * To learn more about our new
         competitive shipping prices,
           go to usps.com/business.
*******************************************
*******************************************

*******************************************
*******************************************
              PICK UP A FREE
            RECYCLING ENVELOPE
     Take an envelope to recycle your inkjet
     cartridge, cell phone or small electronics
                free of charge!
*******************************************
*******************************************

*******************************************
*******************************************
          HELP US SERVE YOU BETTER

       Go to: http://gx.gallup.com/pos

        TELL US ABOUT YOUR RECENT
              POSTAL EXPERIENCE

            YOUR OPINION COUNTS
*******************************************
*******************************************


                Customer Copy
```

MICHAEL T. LUCEY (SBN: 099927)
DENISE K. TOP (SBN: 238961)
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant
LELAND STANFORD JUNIOR UNIVERSITY

EXHIBIT B

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD NORWOOD,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>LELAND STANFORD JUNIOR UNIVERSITY, SEDGWICK CMS, et al.<br><br>　　　　　Defendants. | CASE NO. No. C 08-02250 PJH<br><br>**DEFENDANT'S MOTION TO RELATE CASES**<br><br>Date: August 8, 2008<br>Time: 9:00 a.m.<br>Courtroom: 6, 4th Floor<br>Judge: Honorable Ronald M. Whyte |

Defendant LELAND STANFORD JUNIOR UNIVERSITY ("Stanford") submits this Motion to Consider Whether Cases Should Be Related, pursuant to Local Rule 3-12.

**I.　　TITLE & CASE NUMBER OF RELATED CASE**

The related case is entitled *Norwood v. Leland Stanford Junior University,* Case No. C03-2424-RMS(RS). The case went to trial before Judge Whyte of this Court on October 12, 2004.

**II.　　BASIS FOR RELATING CASES**

**A.　　These Cases Concern Substantially the Same Parties and Events**

The new action filed by Edward Norwood ("Norwood"), Case No. C08-02250-PJH, arises out of the same facts and circumstances as the prior case, specifically, alleged retaliation and discrimination against Norwood during his employment at Stanford's Linear Accelerator Center ("SLAC").

-1-
DEFENDANTS' MOTION TO RELATE CASES

In his first lawsuit Norwood claimed that his 2002 termination was discriminatory based on his race (African-American) and disability (high blood pressure/stress) and in retaliation for prior complaints of discrimination. Norwood was employed by Stanford at SLAC for over twenty years. Stanford contended in the first case that there were legitimate reasons for terminating Norwood. Norwood litigated the case through counsel for over two years. The case went to trial before Judge Whyte in October 2004.

In the new action, Case No. C07-3319-PJH, Norwood complains that his employment-related benefits have been mishandled by Stanford since his termination. Norwood alleges, *inter alia*, that Stanford has improperly denied him Long Term Disability and retirement benefits. He is not represented by counsel in the present action.

**B.      Relating These Cases Will Avoid Undue Burden and Expense and Ensure Consistent Outcomes**

The procedural history of the numerous state and federal claims that Norwood has filed relating to his termination is complex and were addressed in large part by Judge Whyte in the first action. Issues of collateral estoppel, and issue preclusion are likely to come up in the second action. Similarly, the issues raised in the two actions are inextricably intertwined in such a manner that all parties would benefit from recognition of these cases as related, so that the newly filed action could also be assigned to this Court.

A significant amount of time and expense has already been spent in this matter by this Court and assignment of this matter to a new judge will inevitably result in additional time for the new judge to familiarize herself with the matter and to sort out the history of allegations which date back to the 1980's. Likewise, as this Court previously adjudicated several of the matters which are now being raised again in the most recently-filed action, all parties would benefit from this Court's knowledge and experience with the facts and circumstances giving rise to these actions.

Finally, the current action should be venued in San Jose in any event. Stanford resides within Santa Clara County, and all employment actions to date involving Stanford have been heard in the San Jose Courthouse.

-2-
DEFENDANTS' MOTION TO RELATE CASES

### III. CONCLUSION

For the foregoing reasons, Defendant requests that Case No. C08-02250-PJH, be declared related to Norwood's prior action (Case No. C03-2424-RMS(RS)) and transferred to Judge Whyte in San Jose.

Dated: June 30, 2008

GORDON & REES LLP

By: *[signature]*
DENISE K. TOP
Attorneys for Defendant
LELAND STANFORD JUNIOR UNIVERSITY

-3-
DEFENDANTS' MOTION TO RELATE CASES

DENISE K. TOP
DTOP@GORDONREES.COM

# GORDON & REES LLP

ATTORNEYS AT LAW
EMBARCADERO CENTER WEST
275 BATTERY STREET, SUITE 2000
SAN FRANCISCO, CA 94111
PHONE: (415) 986-5900
FAX: (415) 986-8054
WWW.GORDONREES.COM

June 23, 2008

**EXHIBIT C**

Mr. Edward Norwood
35156 Lido Blvd., Unit J
Newark, CA 94560

Re:   Norwood v. Leland Stanford Junior University

Dear Mr. Norwood:

Gordon & Rees LLP has been retained to represent Defendant Leland Stanford Junior University in your recently filed lawsuit (Case No. C08-02250 PJH). I am writing to notify you that Stanford intends to file a motion to have the case declared related to the case that went to trial in October 2004 (Case No. C03-2424-RMS(RS) so that it may be transferred to Judge Whyte who is familiar with the facts and circumstances of your past employment at Stanford.

If you agree that the cases are related and should therefore be transferred to Judge Whyte, please contact me at your earliest convenience. If we do not hear from you by **noon** on **Friday June 27, 2008**, we will assume that you are not willing to agree and will proceed with filing our motion.

Thank you for your courtesy and cooperation regarding this matter.

Very truly yours,

GORDON & REES LLP

Denise K. Top

DKT:mn

cc:   Sedgwick Claim Management Services

SFUH/1051491/5756396v.1

SAN FRANCISCO ♦ SAN DIEGO ♦ LOS ANGELES ♦ ORANGE COUNTY ♦ SACRAMENTO ♦ PORTLAND ♦ SEATTLE
LAS VEGAS ♦ PHOENIX ♦ DENVER ♦ DALLAS ♦ HOUSTON ♦ CHICAGO ♦ NEW YORK ♦ LONG ISLAND ♦ NEWARK

Edward Norwood
35156 Lido Blvd Unit J
Newark, Calif 94560
(510) 209-7287

June 24, 2008

Denise K. Top
Gordon & Rees LLP
275 Battery Street Suite 2000
San Francisco, Calif 94111

**EXHIBIT** D

RE: Norwood Vs Stanford University(Case No. C08-02250 PJH )

Dear Ms. Top:

I received your letter dated June 23, 2008, I disagree with your terminology that both cases are related. The US Department Of Labor made the enforcement for Benefits in July 2003, and the WCAB made their decision in July 2007. In order for me to receive any further Benefits a Federal Judge must decide not necessarily Ronald M. Whyte.

At this time, I wish to follow the case SCHEDULE-ADR MULTI-OPTION PROGRAM as filed and outlined by the court.

I will try to reach you by phone before July 17, 2008 to meet and confer re: initial disclosures, early settlement, ADR process and discovery plan.

Thank you for your courtesy and cooperation regarding this matter.

Very truly yours,

Edward Norwood

Plaintiff in Pro Per


CC: Sedgwick Claim Management Services