UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

Date: August 7, 2008                                        JUDGE: Phyllis J. Hamilton

Case No: C-08-2250  PJH

Case Name: Edward Norwood v. Leland Stanford Junior University, et al.

Attorney(s) for Plaintiff:       Edward Norwood (pro per)
Attorney(s) for Defendant:       Denise K. Top

**Deputy Clerk**: Nichole Heuerman                **Court Reporter**: Not Reported

PROCEEDINGS

Initial Case Management Conference-Held.  The court informs the parties that they will need to reconsider consenting to a magistrate judge for all purposes including trial.  Mr. Norwood should reconsider and defense counsel shall meet and confer with client and both shall submit a letter within one week informing the court if they will or will not consent.

The plaintiff shall amend his complaint within one week to include the plan as a defendant.  Within 20 days of filing the amended complaint plaintiff shall perfect service on all three defendants.  Within 30 days after service is perfective defendants shall file a responsive pleading.

The administrative record shall be lodged with the court no later than 12/3/08.

The deadline for the parties to file cross motions for summary judgment is 1/7/09 and should be noticed for hearing on 2/4/09 at 9:00 a.m.  The parties are handed copies of the courts pretrial instructions.

**Order to be prepared by:**   [] Pl [] Def  []  Court

**Notes:**

**cc:** file