1  Edward Norwood

2  35156 Lido Blvd. Unit J

3  Newark, California 94560

4  Telephone : (510) 209-7287

5  Facsimile: (510) 796-5072

6  The Plaintiff In Pro Per

**FILED**

AUG 1 2 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11  EDWARD NORWOOD,              )  CASE NO. C08-2250 PJH

12              Plaintiff,       )  FIRST AMENDED COMPLAINT

13                               )

14                               )  NOTICE OF  COMPLAINT

15              Vs               )  ERISA 502 (a)(1)(b)

16  SEDGWICK CMS, et al          )  Denial of LTD. and Retirement Benefits

17  LELAND STANFORD JUNIOR UNIVERSITY )

18  LTD PLAN                     )

19              Defendants.      )

20  _____ )

21  Plaintiff Edward Norwood alleges:

22  The Plaintiff is and was at all times mentioned herein a citizen of the State of California.

23  Jurisdiction of this court is pursuant of Title 29 of the United States Code.

24  This court has pendent jurisdiction over plaintiff State law claims in the Federal Court.

25  LELAND STANFORD JUNIOR UNIVERSITY is a nonprofit organization incorporated under

26  the law of the State of California having its principal place of business in the State of California

27

28                          -1-

LELAND STANFORD JUNIOR UNIVERSITY is a nonprofit organization and its affiliates are some corporations incorporated under the law of the State of California having its principal place of business in the State of California.

The jurisdiction of this court over the subject matter of this action is predicated on 28 U S C 1132(a). The amount in controversy exceeds $75,000.00 exclusive of interest and cost.

The defendant Sedgwick CMS does not reside in this district. Claims of action arose in this district.

Plaintiff Edward Norwood alleges the following charging allegations against SEDGWICK CMS and LELAND STANFORD JUNIOR UNIVERSITY LTD Plan. Causes of action are as follow:

1. Plaintiff have exhausted all administrative remedies

2. The Defendants failed to pay full vested benefits under the SPD for LTD plan

3. Defendants breach of contracts under SPD for LTD

4. Defendants denied plaintiff prime rates under SPD for LTD

5. Defendants denied plaintiff Servance pay benefits

6. Defendants denied plaintiffs past service credit under the retirement plans 75 rule.

7. Defendants failed to pay the full vested amount between SSA and LTD benefit 66 2/3

8. Defendants denied payment of medical doctor liens

9. Defendant Sedgwick CMS denied benefits against healthcare plans

10. Defendants denied that plaintiff suffered physical injuries on the job under the SPD and LTD Plan provisions.

11. Defendants failed to continue to pay full vested LTD benefits under the provisions of the SPD For alleged physical and mental injuries on the job.

12. Defendants denied full payment of medical treatments rendered to the plaintiff under the

1   provisions of the SPD and LTD Plan leaving the plaintiff with the burden of medical liens in

2   the amount of $75,000.00 unpaid.   (See Exhibit H)

3

4   13. The defendants denied the plaintiffs approved rehabilitative employment under SPD .

5   The Plaintiff specifically alleges that he was denied benefits under **the terms of the plan,**

6   Furthermore, similarly situated pensioners were given benefits that were denied to the plaintiff.

7

8

9                              **FACTUAL BACKGROUND**

10   On March 7, 2002, the Plaintiff was examined by the defendant's doctor and was sent home

11   because of **severe hypertension.** The plaintiff reported a work injury to the **Defendants Medical**

12   **Department.** On April 1, 2002, following the plaintiff's termination, the plaintiff applied for

13   State Disability and Unemployment Benefits. The defendants denied plaintiffs benefits.

14   On July 9, 2002, the plaintiff filed an appeal for benefits under the **Stanford University**

15   **Voluntary Disability Plan.** On October 22,2002, Administrative Law Judge Deborah R. Schissell

16   Granted  the plaintiff Disability Benefits under the **Stanford University Voluntary Plan** from

17   March 19, 2002 through March 19, 2003. (See Exhibit D) .

18

19   On December 9, 2002, the defendants had the plaintiff examined by a physician of their choice,

20   Dr. William Anderson, Psychiatry . ( See Exhibit S) Dr. William Anderson issued a report dated

21   December 9, 2002 and placed plaintiff on LTD. On March 19, 2003, the defendants Sedgwick

22   CMS and The Stanford University stopped paying the plaintiff's disability benefits and denied

23   LTD Plan. (See Exhibit A) In May 2003, the plaintiff filed a complaint with the **U S Department**

24   **of Labor/EBSA San Francisco Office. The U S Department of Labor** enforced Medical

25   benefits and **LTD Benefits**  with back  pay in July 2003. On July 2, 2003,   the defendants

26   reinstated all Medical Benefits to plaintiff . (See Exhibit N) On March 5, 2005, the plaintiff filed

27

28                                      -3-

1  an appeal requesting to continue LTD Benefits beyond March 19, 2004.  On March 19, 2004, the

2  defendant stopped plaintiff's LTD Benefits and discontinued plaintiff's medical coverage while

3  plaintiff was still under the care of his physicians and therapist.  On March 24, 2004, The Plaintiff

4  Was awarded **Social Security Disability Benefits** (See Exhibit G ) .  On May 1, 2004, the

5  Plaintiffs' appeal was denied  by the Defendants Sedgwick CMS and The Stanford University

6
7  Disability Plan.  (See Exhibit M).    On July 14, 2004, the plaintiff was examined by Dr. David

   Waldman M. D a report was issued dated July 14, 2004 and served to the defendants.
8
9  On October 7, 2007, The **Workers Compensation Appeals Board for The State of California**

10  issued an Opinion and Order Granting Reconsideration and Decision After Reconsideration (See

11  Exhibit F) . The Plaintiff would like to bring to the attention of the court that on July 8, 2008 The

12  plaintiff Edward Norwood will be re-evaluated by Dr. David B. Waldman , this evaluation is

13  being done at the request of Judge Stanley E. Shields and **The Workers Compensation Appeals**

14  **Board.** Dr. Waldman's re-evaluation of the plaintiff would be relevant  to the plaintiff's ERISA

15  Claim for Benefits in the U S District Court ( See Exhibit X and X 1).

16

17
                                    **ARGUMENT**
18
19  The plaintiff Mr. Edward Norwood was employed for 24 years at Stanford University the Plaintiff

20  contributed to LTD Plan through payroll deduction for 22 years and two years of Benefits as

21  enforced by **The U S Department of Labor/EBSA ,** Therefore , should receive full vested

22  Retirement Benefits in the whole thereof. ERISA, 502 (a)(1)(b). The plaintiff alleges that the

23  defendants Sedgwick CMS and The Stanford University LTD Plan denial of LTD and Retirement

24  Benefits were arbitrary  and  capricious as well as a breach of fiduciary duties to Plaintiff.

25  **The U S Department of Labor/EBSA**  enforced the defendants Sedgwick CMS and The

26  Stanford University LTD Plan to reinstate the  plaintiff's benefits with back pay in July 2003.

27

28                                    -4-

1

2                                **SUMMARY**

3   The Plaintiff Edward Norwood was employed by the Defendant Stanford University from

4   September 1, 1981 through March 19, 2002 and was a fully vested participant that contributed to

5   the Long Term Disability Plan through payroll deductions. The Plaintiff is seeking relief for his

6   entitlement of continued **Long Term Disability and Retirement Benefits.**

7   **The U S Department of Labor /EBSA** enforced the defendants Sedgwick CMS and The

8   Stanford University Long Term Disability Plan to reinstate the plaintiffs Medical and LTD
9
    benefits with back pay in July 2003. The defendants failed to inform the plaintiff of his rights to
10
    Retirement Benefits when his LTD benefits ended on March 19, 2004. The Plaintiff has exhausted
11
12  all Administrative remedies. The plaintiff is open for a **good faith mediation and settlement**

13  **negotiation** payable by the defendants at all times. The plaintiff request that the court review all

14  In the whole thereof Exhibits A-Z . The plaintiff also states that all Medical Administrative

15  records issued by all physicians and psychiatrist is available upon request of the courts as needed

16  in support of plaintiffs ERISA Claims for Benefits in this matter.

17

18

19

20

21

22

23

24

25

26

27

28                                     -5-

1

## PRAYER

2  Wherefor the plaintiff **EDWARD NORWOOD** humbly prays judgement against the defendants

3  SEDGWICK CMS and LELAND STANFORD JUNIOR UNIVERSITY LONG TERM

4  DISABILITY PLAN.

5  1. That the court would grant the plaintiff full vested reinstatement of LTD and Retirement

6  Benefits.

7  2. Loss of economic wages $200,000.00

8
9  3. Unpaid Medical Expense $67,000.00

10  4. Today's interest on all lost wages and benefits in the whole thereof

11  5. Future LTD and Retirement Benefits

12  6. Approved Rehabilitative Employment Plan

13  7. Reasonable Attorney fees for assistance and help with Claims for benefits

14  8. Cost and reimbursement/ medical expenses/ cobra payments with interest

15  9. Injuries and treatment/ general damages and liabilities for other further orders as the court

16  deems reasonable and proper for the plaintiff Edward Norwood.

17

## VERIFICATION

18

19
20  I EDWARD NORWOOD, a pro per plaintiff in the above matter has read and know the contents

21  of the matters stated and is true to the best of my knowledge. I declare under penalty of perjury

22  under the laws of the State of California that the foregoing is true and correct.

23

24  Dated :   August 12, 2008

25

26                                                 Edward Norwood

27

28                                            -6-

**PROOF OF SERVICE**

1

2          I ZEPORIA SMITH reside in the City of Fremont and county of Alameda

3  and my home address is 3413 Foxtail Terrace Fremont California. I am over the age of eighteen

4  years and not a party in this action. On August 12, 2008, I served the Following documents:

5  NOTICE OF COMPLAINT, FIRST AMENDED NORWOOD Vs SEDGWICK CMS AND

6  STANFORD UNIVERSITY LTD PLAN. CASE NO. C08-2250 PJH UNITED STATES

7  DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA ( Including Exhibits A-Z)

8
9  By personally delivering a true copy thereof, In accordance with the code of civil Procedures

10  s1011, to the person (s) at the address set forth below.

11  Office of The Clerk

12  United States District Court

13  Northern District of California

14  450 Golden Gate Ave 16th Floor

15  San Francisco, California 94102

16

17  I declare under penalty of perjury under the laws of the State of California that the foregoing is

18  true and correct, and this document was executed on August 12, 2008 at Fremont California.

19

20

21

22

23                              Zeporia Smith

24

25

26

27

28                              -7-

1    Business Addresses of all parties Involved

2

3    Defendant, Sedgwick Claim Management Services

4    3280 East Foothill Blvd Suite 250

5    Pasadena, California 91107

6    Phone (626) 568-1415

7

8

9
10    Defendant, Leland Stanford Junior University LTD Plan

11    Legal Office Bldg 170 3rd Floor

12    Stanford , California 94305

13    Phone (650) 723- 6397

14

15    Attorney for defendants , Gordon & Rees LLP

16    275 Battery Street # 2000

17    San Francisco, California 94111

18

19    Plaintiff In Pro Per, Edward Norwood

20    35156 Lido Blvd Unit J

21    Newark, California 94560

22

23

24    Phone : (510) 209- 7287

25

26

27

28                                -8-