

Edward Norwood
35156 Lido Blvd Unit J
Newark, California 94560
(510) 209-7287

August 14, 2008

The Honorable Phyllis J. Hamilton
U S District Court
Northern District of California
Courtroom 3, 17th Floor
450 Golden Gate Ave.
San Francisco, Ca 94102

RE: Leland Stanford Junior University LTD Plan Vs Edward Norwood
    Case No. CV 08 02250 PJH

Dear Judge Hamilton:

    This letter is to inform the Court that The Plaintiff Edward Norwood does not want to consent to a Magistrate Judge for this case.

Respectfully submitted

Edward Norwood
Plaintiff In Pro Per

CC: Gordon & Rees LLP
    Denise K. Top

    Sedgwick Claim Management Services