UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EDWARD NORWOOD,

    Plaintiff(s),

v.

LELAND STANFORD JUNIOR UNIVERSITY, et al.,

    Defendant(s).
_____/

No. C 08-2250 PJH

**JUDGMENT**

    This action came on for hearing before the court and the issues having been duly heard and the court having granted defendants' motion to dismiss

    it is Ordered and Adjudged

    that the complaint is dismissed with prejudice.

    IT IS SO ORDERED.

Dated: November 20, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge